On petition for review filed July 28, 1999,* petition for review allowed; decision of Court of Appeals vacated and case remanded to Court of Appeals for further consideration April 19, 2001

## Jennifer MacCRONE,
*Respondent on Review,*

*v.*

## EDWARDS CENTER, INC.,
an active Oregon non-profit corporation,
*Petitioner on Review.*

### (CC 9509-06509; CA A95658; SC S46696)

22 P3d 758

I. Franklin Hunsaker, of Bullivant Houser Bailey, a professional corporation, Portland, filed the petition for petitioner on review.

Gregory Kafoury and Mark McDougal, of Kafoury & McDougal, Portland, filed the response for respondent on review.

Before Carson, Chief Justice, and Gillette, Durham, Kulongoski, Leeson, and Riggs, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *Parrott v. Carr Chevrolet, Inc.*, 331 Or 537, 17 P3d 473 (2001).

---

* Appeal from Multnomah County Circuit Court, Ellen F. Rosenblum, Judge. 160 Or App 91, 980 P2d 1156 (1999).

** De Muniz, J., did not participate in the consideration or decision of this case.